BRADLEY S. MAINOR, ESQ.
Nevada Bar No. 7434
JOSEPH J. WIRTH, ESQ.
Nevada Bar No. 10280
**MAINOR EGLET, LP**
City Centre Place, Suite 600
400 South Fourth Street
Las Vegas, Nevada 89101
(702) 450-5400
bmainor@mainorlawyers.com
jwirth@mainorlawyers.com
Attorneys for Defendant Ottis Sharpe

```
✓ FILED        ___ RECEIVED
___ ENTERED    ___ SERVED ON
               COUNSEL/PARTIES OF RECORD

        OCT 18 2010

   CLERK US DISTRICT COURT
      DISTRICT OF NEVADA
BY:_____ DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CANNON COCHRAN MANAGEMENT SERVICES, INC.; and OTTIS SHARPE,<br><br>Defendants. | CASE NO. 2:10-cv-00520-LRH-LRL |

### STIPULATION FOR DISBURSEMENT OF INTERPLED FUNDS AND FOR DISMISSAL WITH PREJUDICE

Defendant, Cannon Cochran Maqnagement Services, Inc., by and through its attorneys, Jeanne P. Bawa, Esq. and Marla Frederick, Esq. of the law firm of Lewis Brisbois Bisgaard & Smith, LLP; and Defendant, Ottis Sharpe, by and through his attorneys, Bradley S. Mainor, Esq. and Joseph J. Wirth, Esq., of the law firm of Mainor Eglet; hereby stipulate and agree as follows:

1. That the funds interpleaded by the United States of America in this action in the total amount of $85,957.30, be apportioned and distributed among the parties as follows:

| | | |
|---|---|---:|
| (i) | Cannon Cochran Management Services, Inc. | $63,488.99 |
| (ii) | Ottis Sharpe | $22,468.31 |
| | Total | $85,957.30 |

2. That upon disbursement of the interpled funds to the remaining parties in the above-listed proportions, this case shall be dismissed, with prejudice, each party to bear its own fees and costs.

| **Ottis Sharpe** | **Cannon Cochran Management Co., Inc.** |
|---|---|
| By: *[signature]* <br> Bradley S. Mainor, Esq. <br> Nevada Bar No. 7434 <br> Joseph J. Wirth, Esq. <br> Nevada Bar No. 10280 <br> Mainor Eglet <br> 400 South Fourth Street, Suite 600 <br> Las Vegas, Nevada 89101 <br> (702) 450-5400 <br> Attorneys for Ottis Sharpe <br> Date: Oct 1, 2010 | By: *[signature]* <br> Jeanne P. Bawa, Esq. <br> Nevada Bar No. 7359 <br> Marla R. Frederick, Esq. <br> Nevada Bar No. 9019 <br> Lewis Brisbois Bisgaard & Smith, LLP <br> 400 South Fourth Street, Suite 500 <br> Las Vegas, NV 89101 <br> (702) 893-3383 <br> Attorneys for Cannon Cochran Mgmt. Co., Inc. <br> Date: 10/6/10 |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,
         Plaintiff,
vs.

CANNON COCHRAN MANAGEMENT SERVICES, INC.; and OTTIS SHARPE,
         Defendants.

CASE NO. 2:10-cv-00520-LRH-LRL

### ORDER FOR DISBURSEMENT OF INTERPLED FUNDS AND FOR DISMISSAL WITH PREJUDICE

Upon the Stipulation of Defendants, Cannon Cochran Management Services, Inc. and Ottis Sharpe, by and through their attorneys of record, the Court orders as follows:

1. The Clerk is directed to disburse the $85,957.30 interpleaded by the United States of America in this action as follows:

   (a) to Cannon Cochran Management Services, Inc. and its attorneys, Lewis Brisbois Bisgaard & Smith, LLP, the sum of $63,488.99;

   (b) to Ottis Sharpe and his attorneys, Mainor Eglet, the sum of $22,468.31.

2. Upon disbursement of the interpled funds to as specified hereinabove, this case shall be dismissed, with prejudice, each party to bear its own fees and costs.

Dated: 10-18-10

UNITED STATES ~~MAGISTRATE~~ JUDGE
DISTRICT